# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News, a project of the Human Rights Defense Center**<br><br>**Plaintiff**<br><br>v.<br><br>**Charles E. Samuels, Jr., Director, Federal Bureau of Prisons**<br><br>**Defendant** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:15-CV-00823-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jamal M. Harris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint for Declaratory and Injunctive Relief to Obtain Freedom of Information Act Information with Exhibits A-M, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in This or Any other United States Court and Certificate Require By LCVR 7.1 of the Local Rules of The United States District Court for The District of Columbia in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on June 16, 2015 at 3:00 PM, I served Loretta E. Lynch, Attorney General of the United States with the Summons, Verified Complaint for Declaratory and Injunctive Relief to Obtain Freedom of Information Act Information with Exhibits A-M, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in This or Any other United States Court and Certificate Require By LCVR 7.1 of the Local Rules of The United States District Court for The District of Columbia at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Frank Manso, Mailroom Clerk, authorized to accept.

Frank Manso is described herein:
Gender: Male   Race/Skin: Black   Hair: Black   Age: 28   Height: 5'10"   Weight: 165

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 6-16-2015

Jamal M. Harris
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-124357                                                                                                       Client Reference: 0200513-5

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS ) | |
| _Plaintiff_ ) | |
| ) | |
| v. ) | Civil Action No. 1:15-CV-00823-RBW |
| CHARLES E. SAMUELS, JR. ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Loretta E. Lynch
Attorney General of the United States
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald G. London
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
ronnielondon@dwt.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: 6/5/15

/s/ T. Davis

_Signature of Clerk or Deputy Clerk_

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News, a project of the Human Rights Defense Center**<br><br>　　　　　　　　　　　**Plaintiff**<br><br>　　　　　　　　　　　v.<br><br>**Charles E. Samuels, Jr., Director, Federal Bureau of Prisons**<br><br>　　　　　　　　　　　**Defendant** | )<br>)<br>)<br>)<br>) Case No.: 1:15-CV-00823-RBW<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Jamal M. Harris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint for Declaratory and Injunctive Relief to Obtain Freedom of Information Act Information with Exhibits A-M, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in This or Any other United States Court and Certificate Require By LCVR 7.1 of the Local Rules of The United States District Court for The District of Columbia in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on June 16, 2015 at 12:57 PM, I served Vincent H. Cohen, Jr., U.S. Attorney for the District of Columbia with the Summons, Verified Complaint for Declaratory and Injunctive Relief to Obtain Freedom of Information Act Information with Exhibits A-M, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in This or Any other United States Court and Certificate Require By LCVR 7.1 of the Local Rules of The United States District Court for The District of Columbia at 501 3rd Street, NW, Washington, DC 20530 by serving Princess Kyle, Docket Clerk, authorized to accept.

Princess Kyle is described herein:
Gender: Female    Race/Skin: Black    Hair: Brown    Glasses: Yes    Age: 27    Height: 5'6"    Weight: 165

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-16-2015
Executed on:

Jamal M. Harris
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-124358                                                                                                               Client Reference: 0200513-5

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRISON LEGAL NEWS | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-CV-00823-RBW |
| CHARLES E. SAMUELS, JR. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vincent H. Cohen, Jr.
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald G. London
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
ronnielondon@dwt.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6/5/15

/s/ T. Davis

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News, a project of the Human Rights Defense Center**<br><br>Plaintiff<br><br>v.<br><br>**Charles E. Samuels, Jr., Director, Federal Bureau of Prisons**<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:15-CV-00823-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jamal M. Harris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint for Declaratory and Injunctive Relief to Obtain Freedom of Information Act Information with Exhibits A-M, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in This or Any other United States Court and Certificate Require By LCVR 7.1 of the Local Rules of The United States District Court for The District of Columbia in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on June 16, 2015 at 12:48 PM, I served Charles E. Samuels, Jr., Director, Federal Bureau of Prisons with the Summons, Verified Complaint for Declaratory and Injunctive Relief to Obtain Freedom of Information Act Information with Exhibits A-M, Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending in This or Any other United States Court and Certificate Require By LCVR 7.1 of the Local Rules of The United States District Court for The District of Columbia at 320 First Street, NW, Washington, DC 20534 by serving Michael D. Frazier, Assistant General Counsel, authorized to accept.

Michael D. Frazier is described herein:
Gender: Male    Race/Skin: Black    Hair: Blcak    Age: 43    Height: 6'0"    Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 6-16-2015

Jamal M. Harris
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-124356

Client Reference: 0200513-5

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS ) | |
| _Plaintiff_ ) | |
| ) | |
| v. ) | Civil Action No. 1:15-CV-00823-RBW |
| CHARLES E. SAMUELS, JR. ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Charles E. Samuels, Jr., Director
FEDERAL BUREAU OF PRISONS
320 First Street, NW
Washington, DC  20534

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald G. London
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
ronnielondon@dwt.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: 6/5/15

/s/ T. Davis
_Signature of Clerk or Deputy Clerk_